## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KAY, DAN                                                                      §   Case No.  13-80332
                                                                                     §
                                                                                     §
Debtor(s)                                                                            §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY              , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 09/18/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /_____        By:  ___/s/ STEPHEN G. BALSLEY_____

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KAY, DAN                                                   §   Case No. 13-80332
                                                                  §
                                                                  §
                                                                  §
Debtor(s) _____ §_____

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $_____5,000.00

*and approved disbursements of*                         $_____26.99

*leaving a balance on hand of* [1]                      $_____4,973.01

**Balance on hand:**                                    $_____4,973.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | TCF Equipment Finance, Inc. | 8,037.23 | 0.00 | 0.00 | 0.00 |
| 3 | Ascension Capital Group Inc | 20,559.46 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $_____0.00
Remaining balance:   $   4,973.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,200.00 | 0.00 | 1,200.00 |

Total to be paid for chapter 7 administration expenses:   $_____2,450.00
Remaining balance:   $_____2,523.01

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 2,523.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 2,523.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 503,854.91 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Iowa Student Loan Liquidity Corp | 169,030.43 | 0.00 | 846.41 |
| 4 | Maximized Living Health Centers, LLC | 334,824.48 | 0.00 | 1,676.60 |

Total to be paid for timely general unsecured claims: $ 2,523.01

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By:   /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 13-80332-TML
Dan Kay                                                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 3          Date Rcvd: Aug 14, 2013
                             Form ID: pdf006          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
db          +Dan Kay,   929 Mesa Drive,   Lake in the Hills, IL 60156-4926
20139484    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   POB 982235,   El Paso TX 79998-2236)
20139483     BMO Harris Bank NA,   POB 62001,   Carol Stream IL 60197
19994807    +BMO Harris Bank, N.A.,   POB 6201,   Carol Stream IL 60197-6201
19994809    +Chase Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
19994811    +Iowa Student Loan Liquidity Corp,   Iowa Student Loan,   6775 Vista Drive Ashford II Bldg,
              W. Des Moines, IA 50266-9303
19994810    +Iowa Student Loan Liquidity Corp.,   900 Equitable Building,   604 Locust St.,
              Des Moines, IA 50309-3705
19994813    +Maximized Living Health Centers, LLC,   1420 Celebration Blvd.,   Suite #200,
              Kissimmee, FL 34747-5162
19994814    +Maximized Living Health Centers, LLC,   1170 Celebration Blvd.,   Suite #100B,
              Celebration, FL 34747-4604
19994815    +Richard H. Fimoff,   180 North LaSalle Street,   Suite 3300,   Chicago, IL 60601-2808
19994816    +Timothy D. Mauer,   208 Cascade Drive,   Crystal Lake, IL 60012-3346
19994817     Union National Bank,   01 East Chicago St.,   Elgin, IL 60120
19994820    #+VGM Financial Services,   Div. of TCF Equipment Finance,   1111 W. San Marnan/PO Box 1620,
              Waterloo, IA 50704-1620


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19994808    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 15 2013 01:28:33
              Ascension Capital Group Inc,   Attn: BMW Bank of NA Inc Dept,   POB 201347,
              Arlington TX 76006-1347
20597089     E-mail/Text: bankruptcynotices@bmwfs.com Aug 15 2013 01:24:38     BMW Financial Services NA, LLC,
              P.O. Box 3608,   Dublin OH 43016
20039809    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 15 2013 01:30:29
              BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
20299983    +E-mail/Text: bankruptcynotices@tcfef.com Aug 15 2013 01:22:15     TCF Equipment Finance, Inc.,
              11100 Wayzata Boulevard, Suite 801,   Minnetonka, Minnesota 55305-5503
19994818    +E-mail/Text: sharie.palmer@valpo.edu Aug 15 2013 01:20:31     University Accounting Services,
              PO Box 5291,   Carol Stream, IL 60197-5291
19994819    +E-mail/Text: bankruptcynotices@tcfef.com Aug 15 2013 01:22:15     VGM Financial Services,
              1111 West San Marnan Dr.,   Minnetonka, MN 50701-8924
                                                                                TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19994812*   +Dan Kay,   929 Mesa Drive,   Lake in the Hills, IL 60156-4926
                                                                   TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: lorsmith           Page 2 of 3            Date Rcvd: Aug 14, 2013
                             Form ID: pdf006           Total Noticed: 19
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-3           User: lorsmith           Page 3 of 3           Date Rcvd: Aug 14, 2013
                               Form ID: pdf006          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2013 at the address(es) listed below:
```
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Jennifer L. Barton    on behalf of Debtor Dan  Kay jbarton@rsplaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard H Fimoff    on behalf of Debtor Dan  Kay rfimoff@rsplaw.com,  fb@rsplaw.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                                         TOTAL: 6
```